Robert B. Cochrane and Luman H. Cochrane, trading as Cochrane Brokerage Company, appellees, v. Chicago Great Western Railroad Company, appellant. Gen. No. 24,073.

Action against a carrier to recover for damages to a carload of pears. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 12, 1919.

Winston, Strawn & Shaw, for appellant; Ralph M. Shaw and Frank H. Towner, of counsel. Stewart Reed Brown, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

William W. Thompson and L. G. Groebe, copartners, trading as William W. Thompson & Company, appellants, v. Herman Ott, appellee. Gen. No. 24,159.

Action to recover for services in making an audit. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 12, 1919.

Henry H. Kennedy, Joseph W. Moses, Julius Moses, Hamilton Moses, Walter Bachrach and S. Sydney Stein, for appellants; Robert Bachrach, of counsel. Lloyd David Heth, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Carl Beckman, appellee, v. William Goetzinger, appellant. Gen. No. 24,187.

Assumpsit to recover under contract, based on theory of a novation. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed March 12, 1919.

Mather & Hutson and Litsinger, Healy & Reid, for appellant; James J. Finn, of counsel. Rathje, Wesemann & Van Schaick, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Elizabeth Johncock, appellee, v. City of Chicago et al., appellants. Gen. No. 24,201.

Action to recover for personal injuries caused by falling through opening in sidewalk into basement. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinon filed March 12, 1919.

Samuel A. Ettelson and William H. Devenish, for appellant City of Chicago; Robert H. Farrell, of counsel. James M. Devaney, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.